

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2019

No. 04-19-00594-CV

**IN THE MATTER OF A.S.,**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2018JUV00095
The Honorable Arcelia Trevino, Judge Presiding

# O R D E R

The clerk's record in this appeal shows that the juvenile court waived its exclusive original jurisdiction and transferred Appellant's case to a criminal district court. The trial court signed the order on June 15, 2019.

The waiver of jurisdiction and discretionary transfer to criminal court order is an appealable order. TEX. FAM. CODE ANN. § 56.01(c)(1)(A); *see In re T. S.*, 548 S.W.3d 711, 720 (Tex. App.—Houston [1st Dist.] 2018, no pet.). The appeal is accelerated and "has precedence over all other cases." TEX. FAM. CODE ANN. § 56.01(h).

Appellant's notice of appeal was due on July 5, 2019. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file a notice of appeal was due not later than July 22, 20109. *See id.* R. 26.3.

Appellant's notice of appeal was filed on September 3, 2019. Appellant's notice of appeal appears to be untimely. *See* TEX. R. APP. P. 42.3(a); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction.").

We ORDER Appellant to SHOW CAUSE in writing within TEN days of the date of this order why this appeal should not be dismissed for want of jurisdiction. If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2019.



KEITH E. HOTTLE,
Clerk of Court